```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                                  Case No. 19-04446-RNO
Jose L Roman Padilla                                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke            Page 1 of 1            Date Rcvd: Jan 16, 2020
                              Form ID: ntcnfhrg          Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
```
db              +Jose L Roman Padilla,    645 Lincoln St.,    Hazleton, PA 18201-4056
5258590         +Best Buy Credit Services,    PO Box 790441,    St. Louis, MO 63179-0441
5258593         +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5285187         +U.S. Bank, National Association, Trustee for,    Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 19:35:18
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr              +E-mail/Text: blegal@phfa.org Jan 16 2020 19:29:37       Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
5258591         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 19:34:06       Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5268729          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 19:35:16
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5259289         +E-mail/Text: bankruptcy@cavps.com Jan 16 2020 19:29:45       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5258595         +E-mail/Text: blegal@phfa.org Jan 16 2020 19:29:36       PHFA,    211 N. Front St.,
                 Harrisburg, PA 17101-1466
5258594          E-mail/Text: blegal@phfa.org Jan 16 2020 19:29:36       PHFA,    P.O. Box 15057,
                 Harrisburg, PA 17105-5057
5258926         +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 19:35:10       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5258596          E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 19:34:35       Synchrony Bank/JC Penney,
                 Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
5282221          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 16 2020 19:46:10       Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5258592*        +Jose L Roman Padilla,    645 Lincoln St.,    Hazleton, PA 18201-4056
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com
              Leon P Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              Tullio DeLuca    on behalf of Debtor 1 Jose L Roman Padilla tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jose L Roman Padilla,
 aka Jose Luis Roman Padilla, aka Jose Roman Padilla,
 aka Jose Roman,

**Debtor 1**

Chapter 13

Case No. 5:19−bk−04446−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **February 26, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 4, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 16, 2020 |

ntcnfhrg (03/18)