# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

JOSE L. ROMAN PADILLA

* Debtor(s)

Case Number: 5-19-04446
Chapter: 13

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice to Creditors and the Motion to Suspend Temporarily Trustee Payments mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: April 23, 2020

SIGNED: _Lisa Manchak_

TITLE: /s/Legal Assistant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSE L. ROMAN PADILLA | : | |
| | : | |
| Debtor(s) | : | CASE NO. **19-bk-04446** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JOSE L. ROMAN PADILLA | : | |
| MOVANT | : | |
| VS. | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| RESPONDENT | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **May 14, 2020.** If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

DATE    April 23, 2020                                Clerk, U.S. Bankruptcy Court
                                                     197 South Main Street
Tullio DeLuca, Esquire                               Wilkes-Barre, PA  18701
PA ID# 59887
Attorney for Debtors/Movants
381 N. 9th Avenue
Scranton, PA 18504

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*****************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSE L. ROMAN PADILLA | : | |
| | : | |
| Debtor(s) | : | CASE NO. **19-bk-04446** |

*********************************************************************************

| | |
|---|---|
| JOSE L. ROMAN PADILLA | : |
| MOVANT | : |
| VS. | : |
| CHARLES J. DEHART, III, ESQ. | : |
| RESPONDENT | : |

*********************************************************************************

### MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS
*********************************************************************************

AND NOW COMES, the Debtor, Jose L. Roman Padilla, by and through his attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtor filed a Chapter 13 Petition on October 14, 2019.

2. That Debtor's Chapter 13 Plan provides for monthly payments of $193.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3. Due to the Corona Virus, the Debtor's hours were reduced. Therefore, Debtor has a temporary decrease in monthly income.

4. Therefore, Debtor is not in a position to make the Trustee payments until her immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above Debtor requests a Temporary Suspension of his Trustee payments for a period of three (3) months or earlier starting in the month of May 2020. If Debtor's immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least three (3) months and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

                                                  Respectfully submitted,

Dated: April 22, 2020                /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID # 59887
381 N. 9th Avenue
Scranton, Pa 18504
(570) 347-7764
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

***

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSE L. ROMAN PADILLA | : | |
| | : | |
| Debtor(s) | : | CASE NO. **19-bk-04446** |

***

| | |
|---|---|
| JOSE L. ROMAN PADILLA | : |
| MOVANT | : |
| VS. | : |
| CHARLES J. DEHART, III, ESQ. | : |
| RESPONDENT | : |

***

## ORDER

***

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from May 2020 through July 2020 due to loss of income and it is further ordered that if the Debtor return to gainful employment prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

| | | |
|---|---|---|
| BEST BUY CREDIT SERVICES<br>PO BOX 790441<br>ST. LOUIS, MO 63179-0441 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | CAPITAL ONE BANK (USA), NA<br>BY AMERICAN INFOSOURCE<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 |
| CAVALRY SPV I, LLC<br>500 SUMMIT LAKE DR., SUITE 400<br>VALHALLA, NY 10595-2321 | CHARLES J. DEHART, III, ESQUIRE<br>8125 ADAMS DR., SUITE A<br>HUMMELSTOWN, PA 17036 | LEON P. HALLER<br>PURCELL KRUG AND HALLER<br>1719 NORTH FRONT STREET<br>HARRISBURG, PA 17102 |
| PHFA<br>211 N. FRONT ST.<br>HARRISBURG, PA 17101-1466 | PHFA<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | PHFA-HEMAP<br>211 NORTH FRONT ST<br>PO BOX 15206<br>HARRISBURG, PA 17105-5206 |
| PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK, VA 23541-1021 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, INC.<br>PO BOX 41021<br>NORFOLK, VA 23541 | SYNCHRONY BANK/JC PENNEY<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO, FL 32896-5060 |
| US BANK, NA, TRUSTEE FOR<br>PENNSYLVANIA HOUSING FINANCE<br>211 NORTH FRONT STREET<br>HARRISBURG, PA 17101-1406 | UNITED STATES TRUSTEE<br>228 WALNUT ST., SUITE 1190<br>HARRISBURG, PA 17101 | VERIZON<br>BY AMERICAN INFOSOURCE AS<br>AGENT<br>PO BOX 4457<br>HOUSTON, TX 77210 |
| JAMES WARMBRODT, ESQ.<br>701 MARKET ST., SUITE 5000<br>PHILADELPHIA, PA 19106 | | |