```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 19-04446-RNO
Jose L Roman Padilla                                            Chapter 13
    Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke         Page 1 of 1         Date Rcvd: May 19, 2020
                              Form ID: pdf010         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
```
5258590        +Best Buy Credit Services,    PO Box 790441,    St. Louis, MO 63179-0441
5258592        +Jose L Roman Padilla,    645 Lincoln St.,    Hazleton, PA 18201-4056
5258593        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5285187        +U.S. Bank, National Association, Trustee for,    Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5258591        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2020 20:01:18     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5268729         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2020 20:00:44
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5259289        +E-mail/Text: bankruptcy@cavps.com May 19 2020 20:05:37      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5258595        +E-mail/Text: blegal@phfa.org May 19 2020 20:05:32      PHFA,    211 N. Front St.,
                 Harrisburg, PA 17101-1466
5258594         E-mail/Text: blegal@phfa.org May 19 2020 20:05:33      PHFA,    P.O. Box 15057,
                 Harrisburg, PA 17105-5057
5319450        +E-mail/Text: blegal@phfa.org May 19 2020 20:05:33      PHFA-HEMAP,    211 North FRONT ST,
                 P.O. Box 15206,    HARRISBURG, PA 17105-5206
5258926        +E-mail/PDF: gecsedi@recoverycorp.com May 19 2020 20:00:38      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5258596         E-mail/PDF: gecsedi@recoverycorp.com May 19 2020 20:00:37      Synchrony Bank/JC Penney,
                 Attn:  Bankruptcy Dept.,    PO Box 965060,    Orlando, FL  32896-5060
5282221         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 19 2020 20:13:45      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                             TOTAL: 9

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com
              Leon P Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              Tullio DeLuca     on behalf of Debtor 1 Jose L Roman Padilla tullio.deluca@verizon.net
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

IN RE: : CHAPTER 13
JOSE L. ROMAN PADILLA :
 :
 Debtor(s) : CASE NO. **19-bk-04446**

*************************************************************************

JOSE L. ROMAN PADILLA :
      MOVANT :
  VS. :
CHARLES J. DEHART, III, ESQ. :
      RESPONDENT :

*************************************************************************

## **ORDER**

*************************************************************************

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from May 2020 through July 2020 due to loss of income and it is further ordered that if the Debtor return to gainful employment prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

Dated: May 19, 2020        By the Court,

                                    Robert N. Opel, II, Bankruptcy Judge (DG)