FORM C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:
Jose L. Padilla

Chapter: 13

Case Number: 5-19-04446-RNO

DEBTOR(S)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on November 23, 2020, I served a copy of Motion to Obtain Relief From Stay and Notice on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| Jose L. Roman Padilla<br>645 Lincoln Street<br>Hazleton, PA 18201 | Regular U.S. Mail<br>First Class Service<br>Postage prepaid |
| Tullio DeLuca, Esquire | Via e-mail: ECF/CM |
| Charles J. DeHart, III, Esquire | Via e-mail: ECF/CM |
| | |
| | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 23, 2020

Name: s/ Leon P. Haller
*Printed Name of Attorney*
Address: 1719 North Front Street

Harrisburg, PA 17102

Revised: 03/22/05