UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| JOSE L. ROMAN PADILLA | : BANKRUPTCY NO. 5-19-04446-RNO |
| Debtor | : |
| | : CHAPTER 13 |
| U.S. BANK, NATIONAL ASSOCIATION TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY | : |
| Movant | : |
| vs. | : |
| JOSE L. ROMAN PADILLA and CHARLES J. DEHART, III, Trustee | : |
| Respondents | : |

## **O R D E R**

Upon consideration of the Motion of U.S. Bank, National Association Trustee for the Pennsylvania Housing Finance Agency to Obtain Relief from Stay, it appearing to the Court that no Answer or Response has been timely filed, the Motion is hereby granted and the automatic stay is terminated as to the Movant relative to property situate at 645 Lincoln Street, Hazleton, Pennsylvania 18201.