LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Jose L Roman Padilla

CHAPTER __13__

CASE NO. _5_-_19_-bk-_04446-RNO_

**Debtor(s)**
U.S. Bank, National Association, Trustee for
Pennsylvania Housing Finance Agency

ADVERSARY NO. ___-___-ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
Jose L. Roman Padilla and Charles J. DeHart, III,
Trustee

Nature of Proceeding: Relief Motion

Pleading: Motion to Obtain Relief From Stay

**Defendant(s)/Respondent(s)**

Document #: 33

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✔] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
[✔] Thirty (30) days.
[ ] Forty-five (45) days.
[ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: _____12/14/2020_____   /s/ Leon P. Haller
                                 Attorney for Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.