UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOSE L. ROMAN PADILLA

    Debtor

U.S. BANK, NATIONAL ASSOCIATION
TRUSTEE FOR THE PENNSYLVANIA
HOUSING FINANCE AGENCY

    Movant

vs.

JOSE L. ROMAN PADILLA and CHARLES
J. DEHART, III, Trustee

    Respondents

BANKRUPTCY NO. 5-19-04446-RNO

CHAPTER 13

## CONSENT OF TRUSTEE

I, Charles J. DeHart, III, Chapter 13 Trustee in the above case, have no objection to entry of a Court Order approving the terms of the Stipulation between Movant and Debtor.

_____
Agatha McHale, Esq.

Attorney for Trustee

Charles J. DeHart, Esquire
Suite A
8125 Adams Drive
Hummelstown, PA 17036

Dated:

1