# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

JOSE L. ROMAN PADILLA

* Debtor(s)

Case Number: 5-19-04446
Chapter: 13

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice of Motion to Sell Free and Clear of All Liens, Charges and Encumbrances was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: June 08, 2022

SIGNED: *Lisa Manchak*

TITLE: Legal Assistant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
********************************************************************************

| | |
|---|---|
| IN RE: | : |
| JOSE L. ROMAN PADILLA | : CASE 5-19-04446 |
| a/k/a Jose Luis Roman Padilla | : CHAPTER 13 |
| a/k/a Jose Roman Padilla | : |
| a/k/a Jose Roman | : |
| Debtor(s) | : |

********************************************************************************

| | |
|---|---|
| JOSE L. ROMAN PADILLA | : |
| Movant | : |
| vs. | : |
| PENNSYLVANIA HOUSING FINANCE | : |
| AGENCY, LUZERNE COUNTY TAX | : |
| CLAIM BUREAU, HAZELTON CITY | : |
| AUTHORITY, MUNICIPAL AUTHORITY OF | : |
| HAZEL TWP., INTERNAL REVENUE | : |
| SERVICE, PA DEPARTMENT OF REVENUE | : |
| and JACK N. ZAHAROPOULOS, ESQUIRE | : |
| Respondents | : |

********************************************************************************

### NOTICE OF DEBTOR'S MOTION TO APPROVE PRIVATE SALE OF REAL AND PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CHARGES AND ENCUMBRANCES

********************************************************************************

NOTICE IS HEREBY GIVEN THAT:

Debtor, Jose L. Roman Padilla resides at 645 Lincoln St., Hazleton, PA 18201and seeks leave to sell real property of the above captioned case located at 645 Lincoln St., Hazleton PA 18201, along with personal property and fixtures to Wander Confesor Joa, for the sum of One Hundred Fifty Thousand ($150,000.00) Dollars. The sale is to be free and clear of all liens, charges and encumbrances, with all valid liens and encumbrances to be paid at time of closing.

The Debtors further request the Court to allow distribution of the proceeds from the sale of real and personal property as follows:

1. Any out-of-pocket expenses advanced by Tullio DeLuca, Esquire in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement along with an attorney fee of $1,500.00;

2. Any Notarization and/or incidental recording fees associated with the sale of the above property;

3. Realtors Commission of 6% percent;

4. Any transfer tax which is the responsibility of the seller herein;

5. Any unpaid real estate taxes and other municipal claims/liens arising from property;

f. Payment in full to Pennsylvania Housing Finance Agency for both the first and second mortgages;

g. That any other unpaid liens shall attach to the remaining sale proceeds;

h. Debtor's exemption if any;

I. The net sale proceeds in an amount to pay the balance owed to the Chapter 13 Trustee, if any, from the above sale shall be paid to Jack N. Zaharopoulos, Esq., Chapter 13 Trustee, for distribution to creditors in accordance with the Debtor's confirmed Plan

The Sale is not subject to higher and better offers.

Any inquiries regarding the sale and/or to request for copies of the motion or a time and date to examine the property prior to the sale, can be made directly to Debtor's Counsel, Tullio DeLuca, Esquire.

Hearing on any Answers or Objections will be heard on July 21, 2022 at 9:30am. If no objection and request for hearing are timely filed with the Bankruptcy Clerk, 197 South Main Street, Wilkes-Barre, PA 18701 to the sale of the aforementioned real and personal property on the above terms and conditions on or before **June 29, 2022,** the Court may grant the relief requested. If you desire to contest this matter, file a written objection in the form of responsive pleading and request a hearing with a copy to Tullio DeLuca, Esquire at the address below: Any filing must conform to the Rule of Bankruptcy Procedures unless the Court determines otherwise.

Date of Notice:   June 8, 2022          Tullio DeLuca, Esquire
                                        381 N 9th Avenue
                                        Scranton, PA 18504
                                        (570) 347-7764

| | | |
|---|---|---|
| BEST BUY CREDIT SERVICES<br>PO BOX 790441<br>ST. LOUIS, MO 63179-0441 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | CAPITAL ONE BANK (USA), NA<br>BY AMERICAN INFOSOURCE<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 |
| CAVALRY SPV I, LLC<br>500 SUMMIT LAKE DR., SUITE 400<br>VALHALLA, NY 10595-2321 | Jack N. Zaharopoulos<br>Chapter 13 Trustee<br>P.O. Box 6008<br>Memphis, TN 38101-6008 | LEON P. HALLER<br>PURCELL KRUG AND HALLER<br>1719 NORTH FRONT STREET<br>HARRISBURG, PA 17102 |
| PHFA<br>211 N. FRONT ST.<br>HARRISBURG, PA 17101-1466 | PHFA<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | PHFA-HEMAP<br>211 NORTH FRONT ST<br>PO BOX 15206<br>HARRISBURG, PA 17105-5206 |
| PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK, VA 23541-1021 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, INC.<br>PO BOX 41021<br>NORFOLK, VA 23541 | SYNCHRONY BANK/JC PENNEY<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO, FL 32896-5060 |
| US BANK, NA, TRUSTEE FOR<br>PENNSYLVANIA HOUSING FINANCE<br>211 NORTH FRONT STREET<br>HARRISBURG, PA 17101-1406 | UNITED STATES TRUSTEE<br>228 WALNUT ST., SUITE 1190<br>HARRISBURG, PA 17101 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON, TX 77210 |
| JAMES WARMBRODT, ESQ.<br>701 MARKET ST., SUITE 5000<br>PHILADELPHIA, PA 19106 | | |