## RE: [External] Jose Roman Padilla 5-19-04446

**From:** Swartz, Joseph (REV) (joseswartz@pa.gov)

**To:** tullio.deluca@verizon.net; mvaneck@attorneygeneral.gov

**Date:** Tuesday, July 12, 2022 at 03:19 PM EDT

Tullio,

My client confirms that there are no liabilities owed to the Department of Revenue. As such, the Department consents to the Motion.

**Joseph J. Swartz** | Counsel

PA Department of Revenue I Office of Chief Counsel

P.O. Box 281061 | Harrisburg, PA 17128-1061

Phone: 717.346.4645 | Fax: 717.772.1459

www.revenue.state.pa.us

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

*The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of the attorney-client or any other privilege.*

**From:** Tullio Deluca <tullio.deluca@verizon.net>
**Sent:** Tuesday, July 12, 2022 12:03 PM
**To:** Melissa L. Van Eck <mvaneck@attorneygeneral.gov>
**Cc:** Swartz, Joseph (REV) <joseswartz@pa.gov>
**Subject:** [External] Jose Roman Padilla 5-19-04446

**ATTENTION:** *This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the Report Phishing button in Outlook.*

Melissa and Joe:

  I represent Jose Roman Padilla's interest in the above-referenced Bankruptcy proceeding. I have attached a copy of the Motion to Approve Sale for your review. I previously forwarded a copy to the Department of Revenue. However, the Bankrupty Judge is indicating that service was improper.

My client has indicated that he does not owe taxes to the PA Department of Revenue.

Can you please advise if the Department of Revenue consents to the Motion to Approve Sale. Or in the alternative, forward me the name/email address of the individual who would handle the matter.   There is a Bankruptcy hearing on the Motion to Approve Sale is scheduled for July 21, 2022.

Thank you in advance for any assistance.

Tullio DeLuca, Esquire

381 N. 9th Avenue

Scranton, PA  18504

570-347-7764 (P)

570-347-7763 (F)