United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04446-MJC |
| Jose L Roman Padilla | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jul 15, 2022     Form ID: pdf010     Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | ALISON SCOTT, LUZERNE COUNTY TAX CLAIM BUREAU, 200 NORTH RIVER STREET, WILKES-BARRE, PA 18711-1004 |
| + | ANA MARIE B. AMENTA INSOLVENCY SPECIALIST INTERNAL, 600 ARCH STREET, PHILADELPHIA, PA 19106-1611 |
| + | BRUCE D. BRANDLER, ESQ. US ATTORNEY, P.O. BOX 309, SCRANTON, PA 18501-0309 |
| + | DAVID HUBBERT, ESQ., CHIEF COUNSEL-CIVIL TRIAL SECTION, 555 4TH STREET, NW, JCB ROOM 6126, WASHINGTON, DC 20530-0001 |
| + | ECLEMUS WRIGHT, ESQ., BANKRUPTCY DIVISION CHIEF, PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, P.O. BOX 280946, 7TH FLOOR HARRISBURG, PA 17128-0946 |
| + | HAZEL TON CITY AUTHORITY, c/o CHRISTOPHER SLUSSER, 1620 NORTH CHURCH ST, STE 1, HAZELTON, PA 18202-9509 |
|   | Joseph J. Swartz, Counsel PA Department of Revenue, Office of Chief Counsel, P.O. Box 281061, Harrisburg, PA 17128-1061 |
| + | MERRICK B. GARLAND, U.S. DEPARTMENT OF JUSTICE ATTORNEY GENE, 950 PENNSYLVANIA AVE., NW, WASHINGTON, DC 20330-0001 |
| + | MUNICIPAL AUTHORITY OF HAZEL TWP, c/o CHRISTOPHER SLUSSER, 1620 NORTH CHURCH ST, STE 1, HAZELTON, PA 18202-9509 |
|   | SHANTA MAURO, PENNSYLVANIA HOUSING FINANCE AGENCY, PO BOX 15057, HARRISBURG, PA 17105-5057 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

James Warmbrodt
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com

Leon P Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

Tullio DeLuca
    on behalf of Debtor 1 Jose L Roman Padilla tullio.deluca@verizon.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*********************************************************************************

| | | |
|---|---|---|
| IN RE: | : | |
| JOSE L. ROMAN PADILLA | : | CASE 5-19-04446-MJC |
| a/k/a Jose Luis Roman Padilla | : | CHAPTER 13 |
| a/k/a Jose Roman Padilla | : | |
| a/k/a Jose Roman | : | |
| Debtor(s) | : | |

*********************************************************************************

| | |
|---|---|
| JOSE L. ROMAN PADILLA | : |
| Movant | : |
| vs. | : |
| PENNSYLVANIA HOUSING FINANCE | : |
| AGENCY, LUZERNE COUNTY TAX | : |
| CLAIM BUREAU, HAZELTON CITY | : |
| AUTHORITY, MUNICIPAL AUTHORITY | : |
| OF HAZEL TWP., INTERNAL | : |
| REVENUE SERVICE, PA | : |
| DEPARTMENT OF REVENUE and | : |
| JACK N. ZAHAROPOULOS, ESQUIRE | : |
| Respondents | : |

*********************************************************************************

**ORDER GRANTING DEBTOR'S MOTION FOR PRIVATE SALE OF REAL AND PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CHARGES AND ENCUMBRANCES**

*********************************************************************************

Upon consideration of the within Motion and after Notice duly given to the Creditors and other parties in interest, the Debtor, Jose L. Roman Padilla, is hereby granted leave to sell real property located at 645 Lincoln St., Hazleton PA 18201 along with personal property and fixtures to Wander Confesor Joa for the sum of One Hundred Fifty Thousand ($150,000.00) Dollars. All valid liens and encumbrances to attach to the proceeds of said sale, except the encumbrances of outstanding real estate taxes.

Further, the Debtor is granted leave to allow distribution of the proceeds of the sale at closing as follows:

    a.    Any out-of-pocket expenses advanced by Tullio DeLuca, Esquire in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement along with an

attorney fee of $1,500.00;

b. Any Notarization and/or incidental recording fees associated with the sale of the above property;

c. Realtors Commission of 6% percent;

d. Any transfer tax which is the responsibility of the seller herein;

e. Any unpaid real estate taxes and other municipal claims/liens arising from property;

f. Payment in full to Pennsylvania Housing Finance Agency for both the first and second mortgages;

g. That any other unpaid liens shall attach to the remaining sale proceeds;

h. Debtor's exemption if any;

I. The net sale proceeds in an amount to pay the balance owed to the Chapter 13 Trustee, if any, from the above sale shall be paid to Jack N. Zaharopoulos, Esq., Chapter 13 Trustee, for distribution to creditors in accordance with the Debtor's confirmed Plan

Further, the Debtor is allowed to escrow funds at closing for a potential capital tax gain liability.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 14, 2022