U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Jose L Roman Padilla, Case Number: 19-04446, MJC, Ref: [p-187945616]

From: USBankruptcyCourts@noticingcenter.com (usbankruptcycourts@noticingcenter.com)
To: tullio.deluca@verizon.net
Date: Tuesday, December 27, 2022 at 02:42 PM EST

Notice of Returned Mail to Debtor/Debtor's Attorney

December 27, 2022

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Jose L Roman Padilla, Case Number 19-04446, MJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Jose L Roman Padilla
645 Lincoln St.
Hazleton, PA 18201-4056

THE UPDATED ADDRESS IS:

Jose L Roman Padilla
5750 West 26 Ave
Hialeah, FL 33016

Signature of Debtor or Debtor's Attorney                Date  12/28/22

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

R_P519044463180W0391.PDF
14.8kB